MCDERMOTT WILL & EMERY LLP
Paul W. Hughes (*Pro Hac Vice to be filed*)
phughes@mwe.com
Michael B. Kimberly (*Pro Hac Vice to be filed*)
mkimberly@mwe.com
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

MCDERMOTT WILL & EMERY LLP
William G. Gaede, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
(650) 815-7400

Attorneys for *Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL RETAIL FEDERATION, TECHNET and INTRAX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF STATE; CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security; and, MICHAEL R. POMPEO, in his official capacity as Secretary of State, <br><br> Defendants. | Case No. 3:20-CV-4887 <br><br> **PLAINTIFF CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Plaintiff Chamber of Commerce of the United States ("U.S. Chamber"):

(1) U.S. Chamber is a 501(c)(6) non-profit agency and has no parent corporation.

(2) No publicly-held corporation owns 10% or more of the stock of U.S. Chamber.

MCDERMOTT WILL & EMERY LLP

Dated: July 21, 2020          By:     */s/ William G. Gaede, III*
                                         William G. Gaede, III

*Attorneys for Plaintiffs*