**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL RETAIL FEDERATION, TECHNET, and INTRAX, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF STATE; CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security; and, MICHAEL R. POMPEO, in his official capacity as Secretary of State,<br><br>Defendants. | Case No. 4:20-cv-4887-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATION AND TO NOTICE A HEARING |

This matter is before the Court on Plaintiffs' Administrative Motion for Leave to Exceed Page Limitations and to Notice a Hearing.

1. Plaintiffs request leave to exceed the Court's 15-page limit in their motion for preliminary injunction and to file a brief that does not exceed 25 pages. Plaintiffs request this leave so that they may provide the Court with sufficient detail on the statutory and regulatory framework at issue in this case; to adequately demonstrate all four preliminary injunction factors; and to fully describe the profound implications for American business. Plaintiffs confirm that Defendants should likewise have 25 pages to respond.

2. Plaintiffs further request leave to notice a hearing on their motion for a preliminary injunction on September 4, 2020, or at the Court's earliest convenience. Plaintiffs intend to file their motion for a preliminary injunction on July 31, which would have permitted Plaintiffs to notice a hearing for September 4, 2020, 35 days later. N.D. Cal. L. Civ. R. 7-2(a). This Court's Scheduling Notes limited the cases that could be heard on September 4, 2020, to even-numbered terminal digits, which does not include this case with a terminal digit of 7.

Counsel for Defendants has not yet appeared in this case.

The Court having considered the Motion and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Plaintiffs may file a brief in support of their motion for a preliminary injunction of not more than 25 pages of text, exclusive of title pages, tables of contents and authorities, exhibits, and summary of argument. Should Defendants wish to oppose the motion, they may file an opposition of not more than 25 pages of text, exclusive of title pages, tables of contents and authorities, exhibits, and summary of argument.

2. Plaintiffs may notice their preliminary injunction for a hearing on ~~September 4, 2020 [or, alternatively,~~ September 11, 2020 at 9:00 a.m.

Dated: July 29, 2020

_____
UNITED STATES DISTRICT JUDGE

**[Proposed] Order Granting Motion to Exceed Pages and to Notice a Hearing**
**(No. 4:20-cv-4887-JSW)**