UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | No. 4:20-cv-04887-JSW<br><br>[~~PROPOSED~~] **ORDER**<br>AS MODIFIED |

The Court GRANTS the Defendants' unopposed scheduling motion (ECF No. 39) and adjusts the briefing schedule regarding the Plaintiffs' Motion for a Preliminary Injunction as follows:

- Defendants' Opposition Brief shall be filed on or before ~~August 21, 2020~~ August 19, 2020 and
- Plaintiffs' Reply Brief shall be filed on or before ~~September 4, 2020.~~ August 28, 2020

IT IS SO ORDERED.

DATED: August 7, 2020

_____
Hon. Jeffrey S. White
United States District Judge