1    FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

2    Waleed Salaheldin (California Bar No. 315267)
3    2121 Tasman Dr.
     Santa Clara, CA 95054
4    Phone  (408) 330-1111
     Fax  (408) 904-5034
5    wsalaheldin@fragomen.com

6    Carl W. Hampe (*pro hac vice forthcoming*)
     Daniel P. Pierce (*pro hac vice forthcoming*)
7    1101 15th St. NW, Suite 700
     Washington, DC  20005
8    Phone  (202) 223-5515
     Fax  (202) 371-2898
9    champe@fragomen.com
     dpierce@fragomen.com
10

11    *Attorneys for Amici Curiae*

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL RETAIL FEDERATION, TECHNET, and INTRAX, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF STATE; CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security; and MICHAEL R. POMPEO, in his official capacity as Secretary of State, <br><br> Defendants. | Case Number: 4:20-cv-4887-JSW <br><br> **UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO JOIN BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO JOIN BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 7, Google LLC, Spotify USA Inc., and Bloomberg L.P. (collectively "Additional Companies *Amici*") file this Unopposed Administrative Motion for Leave to Join Brief of *Amici Curiae* in Support of Plaintiffs' Motion for a Preliminary Injunction.  In support of their Motion, Prospective *Amici* state as follows:

1.      On August 10, 2020, certain Leading Companies and Business Organizations filed an Administrative Motion for Leave to File an Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction.  *See* Dkt. 45.  A brief was submitted attached thereto.  *See* Dkt. 45-1 (hereinafter the "Amicus Brief").

2.      While Additional Companies *Amici* could not, due to attorney conflicts, join the Amicus Brief as filed, Additional Companies *Amici* support the arguments therein in full.  To avoid repetition of arguments and factual statements made therein, Additional Companies *Amici* seek to join that Amicus Brief through this Motion without filing of a separate brief.

3.      The interest of Additional Companies *Amici* in this Matter are as follows:

4.      Google LLC ("Google") is a diversified technology company whose mission is to organize the world's information and make it universally accessible and useful.  Google offers a variety of web-based products and services—including Google Search, Gmail, Google Maps, YouTube, and Blogger—that empower people around the world to create, find, organize, and share information.  Google believes that immigrants have not only fueled technological breakthroughs and created new businesses and jobs but have also enriched American life.  America's continued success depends on companies having access to the best talent from around the world.

5.      Spotify USA Inc. ("Spotify")—a Spotify Limited company—is a technology company that operates a digital music, video, and podcast streaming platform that enables users to find and discover music and audio content.  Spotify's mission is to unlock the potential of human creativity—by giving a million creative artists the opportunity to live off their art and billions of fans the opportunity to enjoy and be inspired by it.  Through premium subscription and ad-supported services, Spotify's innovative and sophisticated data-driven technology provides access to a vast music library of over 60 million tracks, allowing users to create radio stations and playlists.  Spotify USA Inc. has over 3,000 employees in the United States and is headquartered in New York, New York.

6.      Bloomberg L.P. ("Bloomberg") is a global business and financial information company headquartered in New York.  Bloomberg's principal product is the Bloomberg Terminal® (formerly known as the Bloomberg Professional® Service), which provides financial market information, data, news, and analytics to banks, broker-dealers, institutional investors, governmental bodies, and other business and financial professionals worldwide.  Bloomberg's enterprise solutions build on the company's core strength: leveraging technology to allow customers to access, integrate, distribute and manage data and information across organizations more efficiently and effectively.

7.      Additional Companies *Amici* wish to adopt and join in the Amicus Brief in its entirety because they agree with its analysis and its conclusions about the detrimental impact that the entry ban challenged in this case is having and will have on the U.S. economy and on the business interests of Additional Companies *Amici*.  Additional Companies *Amici* too have experienced the benefits of the employment-based visa programs covered by the Presidential Proclamation that Plaintiffs challenge and believe that the Preliminary Injunction should be

granted lest Additional Companies *Amici* too suffer irreparable harm for the reasons laid out in the Amicus Brief.

8.      Counsel for Additional Companies *Amici* have contacted counsel for Plaintiffs, counsel for Defendants, and counsel for Leading Companies and Business Organizations *Amici*. None of those Parties object to this filing.

9.      No counsel for a party other than the amicus curiae or their counsel made a monetary contribution intended to fund the preparation or submission of this Motion.

**PRAYER FOR RELEF**

WHEREFORE, Google LLC, Spotify USA Inc., and Bloomberg L.P. respectfully pray that this Court **GRANT** the instant Unopposed Administrative Motion for Leave to Join Brief of *Amici Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction, and **ORDER** that the Prospective *Amici* are hereby granted leave to join the separately filed Amicus Brief.

DATED August 10, 2020                    Respectfully submitted,

                                         /s/ *Waleed Salaheldin*

                                         FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

                                         Waleed Salaheldin (California Bar # 315267)
                                         2121 Tasman Dr.
                                         Santa Clara, CA 95054
                                         Phone  (408) 330-1111
                                         Fax  (408) 904-5034
                                         wsalaheldin@fragomen.com

                                         Carl W. Hampe (*pro hac vice forthcoming*)
                                         Daniel P. Pierce (*pro hac vice forthcoming*)
                                         1101 15th St. NW, Suite 700
                                         Washington, DC  20005
                                         Phone  (202) 223-5515
                                         Fax  (202) 371-2898
                                         champe@fragomen.com
                                         dpierce@fragomen.com

UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO JOIN BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, 4:20-CV-4887-JSW

1

*Attorneys for Amici Curiae*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO JOIN BRIEF OF *AMICI CURIAE* IN
SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, 4:20-CV-4887-JSW