UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 20-cv-04887-JSW<br><br>**ORDER REQUIRING FEDEX DELIVERY OF TWO SETS OF CHAMBERS COPIES**<br><br>Re: Dkt. No. 31 |

The hearing on Plaintiffs' motion for a preliminary injunction is set before this Court on September 11, 2020.

Although the Court's General Order No. 72-4 suspends the requirement to file chambers copies during this time, the Court HEREBY ORDERS Plaintiffs to deliver two sets of chambers copies of the record submitted to support their motion for preliminary injunction. The Court requires the submission of the record attachments on double-sided printed form with the exception of Exhibit 32 to the Declaration of Paul W. Hughes. (*See* Dkt. 31, but not Dkt. No. 31-33.)

The Court requires one set of these double-sided chambers copies to be sent by FedEx directly to the Court to the attention of Chambers of Judge Jeffrey S. White. The other set of the same copies shall be sent by FedEx to Walgreens at 1333 Castro Street, San Francisco, CA 94114 to the attention of Daisy Salzman, (510) 637-1821. These record chambers copies shall be delivered by no later than Friday, August 14, 2020 at 3:00 p.m. PDT.

**IT IS SO ORDERED.**

Dated: August 10, 2020

_____
JEFFREY S. WHITE
United States District Judg