UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL ASSOCIATION OF MANUFACTURERS, et al., | Case No. 4:20-cv-04887-JSW |
|---|---|
| Plaintiffs, | |
| v. | **AMENDED CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | Re: Dkt. No. 23 |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that on **November 6, 2020 at 11:00 A.M.**, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference previously noticed for October 23, 2020, in this matter. The Joint Case Management Statement shall be due on or before October 30, 2020

Dated: August 14, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
jswcrd@cand.uscourts.gov