ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

JOSHUA S. PRESS
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-0106
    Facsimile: (202) 305-7000
    e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No. 4:20-cv-4887-JSW<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES**<br><br>Date: September 11, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Ctrm.: 5 |

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

**NOTICE**

Pursuant to this Court's Order of September 9, 2020 (ECF No. 79), Defendants hereby notify of subsequently issued legal authority directly relevant to the legal issues addressed in the parties' briefing.

- *Gomez v. Trump*, No. 20-cv-1419, 2020 WL 5367010, at *17–21 (D.D.C. Sept. 4, 2020)
- *Glenn v. Rumsfeld*, No. 05-cv-1787, 2006 WL 515626, at *5 (N.D. Cal. Feb. 28, 2006) (ruling that "[s]hort of permitting cross-examination of Defendant Jones 'concerning his views of the' ... best interests" of the Marine Corps, there was no basis on which to assess the merits of the challenged decision) (White, J.)

    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

*/s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0106
Facsimile: (202) 305-7000
e-Mail: joshua.press@usdoj.gov

Dated: September 10, 2020     *Attorneys for Defendants*

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

- 1 -

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 10, 2020, I filed the foregoing document and any attachments thereto with the Clerk of the Court through the Court's ECF system and that the foregoing document will be served electronically upon registered participants identified on the Notice of Electronic Filing.

Dated:  September 10, 2020    */s/ Joshua S. Press*
                 JOSHUA S. PRESS
                 Trial Attorney
                 United States Department of Justice
                 Civil Division
                 Office of Immigration Litigation
                 District Court Section

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

- 2 -

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106