MCDERMOTT WILL & EMERY LLP
Paul W. Hughes (*Pro Hac Vice*)
phughes@mwe.com
Michael B. Kimberly (*Pro Hac Vice*)
mkimberly@mwe.com
Sarah P. Hogarth (*Pro Hac Vice*)
shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

MCDERMOTT WILL & EMERY LLP
William G. Gaede, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
(650) 815-7400

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL RETAIL FEDERATION, TECHNET, and INTRAX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF STATE; CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security; and, MICHAEL R. POMPEO, in his official capacity as Secretary of State, <br><br> Defendants. | Case No. 4:20-cv-4887-JSW <br><br> **PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: September 11, 2020 <br> Time: 9:00 a.m. <br> Judge: Hon. Jeffrey S. White <br> Ctrm.: 5 |

1  Pursuant to the Court's September 9 Notice of Questions for Hearing on Motion for Preliminary Injunction (Dkt. 79), Plaintiffs respectfully give notice of the following additional authority, listed below and attached hereto:

1. National Foundation for American Policy, *Updated Analysis of Employment Data for Computer Occupations* at 6 (visited Sept. 9, 2020), https://perma.cc/FVF5-9L4Y.

2. *Arreguin Gomez v. Trump*, No. 20-cv-1419, slip op. at 23-24, 34-38, 43, 58-66 (D.D.C. Sept. 4, 2020), *also available at* 2020 WL 5367010.

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

DATED: September 10, 2020

By: */s/ Paul W. Hughes*
Paul W. Hughes (*Pro Hac Vice*)
phughes@mwe.com
Michael B. Kimberly (*Pro Hac Vice*)
mkimberly@mwe.com
Sarah P. Hogarth (*Pro Hac Vice*)
shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

William G. Gaede, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
(650) 815-7400

*Counsel for Plaintiffs*

MANUFACTURERS' CENTER FOR LEGAL ACTION
Linda E. Kelly (*Pro Hac Vice to be filed*)
Patrick D. Hedren (*Pro Hac Vice to be filed*)
Erica T. Klenicki (*Pro Hac Vice to be filed*)
733 10th Street NW, Suite 700
Washington, DC 20001
(202) 637-3000

*Counsel for the National Association of Manufacturers*

U.S. CHAMBER LITIGATION CENTER
Steven P. Lehotsky (*Pro Hac Vice to be filed*)
Michael B. Schon (*Pro Hac Vice to be filed*)
1615 H Street NW
Washington, DC 20062
(202) 463-5337

*Counsel for the Chamber of Commerce of the United States of America*

- 2 -

**PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY**
(NO. 4:20-CV-4887-JSW)