JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

JOSHUA S. PRESS
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-0106
    Facsimile: (202) 305-7000
    e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No. 4:20-cv-4887-JSW<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Jeffrey S. White |

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

# NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby file this Notice of Supplemental Authority to alert the Court to *Panda v. Wolf*, No. 20-cv-1907, 2020 WL 5545554 (D.D.C. Sept. 16, 2020) (Mehta, J.), a new decision relevant to the Plaintiffs' pending motion for preliminary injunction (ECF No. 31) ("Plaintiffs' Motion").

Judge Mehta's recent ruling in *Panda* largely parallels his prior decision earlier this month regarding the lawfulness of Proclamation 10052, *Suspension of Entry of Immigrants and Nonimmigrants Who Present a Risk to the United States Labor Market During the Economic Recovery Following the 2019 Novel Coronavirus Outbreak*, 85 Fed. Reg. 38,263 (Jun. 25, 2020), in *Gomez v. Trump*, No. 20-cv-1419, 2020 WL 5367010, at *17–21 (D.D.C. Sept. 10, 2020). Furthermore, *Panda* is directly related to this case because, much like this case, it is solely concerned with nonimmigrant workers seeking visas to temporarily enter the United States for jobs despite Proclamation 10052.

Most relevant to this case is *Panda*'s balancing of the preliminary-injunction factors. First, the court reaffirmed that plaintiffs may not use the Administrative Procedure Act ("APA") to overturn a Presidential Proclamation's bar on entry. *See Panda*, 2020 WL 5545554, at *4 ("Plaintiffs are unlikely to succeed on the merits of their claim that Proclamation 10052 is *ultra vires*."). This issue is the central feature of the Plaintiffs' claim in the case at bar, and bleeds into the other defects Defendants have noted in this case: that Plaintiffs' purported monetary injuries are not irreparable. *See id.* (ruling that "Plaintiffs' claimed irreparable harms—'lost income' and 'the inability to return to the United States to resume employment or rejoin family members ... or tend to their property in the United States'" were not irreparable). And finally, *Panda* rejected the argument that granting preliminary relief against the Federal Government would be in the public interest because requiring the U.S. Department of State to process visas for workers who are inadmissible "would be an exercise in futility." *Id.* This is especially true because "[s]uch an order would risk diverting limited resources away from visa applicants who are eligible under an exception to the proclamation, and could create substantial confusion for visa recipients attempting to enter the country only to be denied at ports of entry." *Id.*

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

- 1 -

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

Defendants submit that this Court should follow the reasoning of the *Panda* court and deny Plaintiffs' Motion.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

*/s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0106
Facsimile: (202) 305-7000
e-Mail:  joshua.press@usdoj.gov

Dated: September 17, 2020                    *Attorneys for Defendants*

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW
- 2 -
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I filed the foregoing document and any attachments thereto with the Clerk of the Court through the Court's ECF system and that the foregoing document will be served electronically upon registered participants identified on the Notice of Electronic Filing.

Dated: September 17, 2020     /s/ *Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

- 3 -

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106