JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

JOSHUA S. PRESS
Trial Attorney
     United States Department of
     Justice Civil Division
     Office of Immigration Litigation
     District Court Section
     P.O. Box 868, Ben Franklin Station
     Washington, DC 20044
     Telephone: (202) 305-0106
     Facsimile: (202) 305-7000
     e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*,<br><br>          Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>          Defendants. | Case No. 4:20-cv-4887-JSW<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Jeffrey S. White |

NOTICE OF APPEAL
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

1    Defendants hereby appeal from the Court's Order entered October 1, 2020 (ECF No. 87),

2  in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

3  Dated: October 29, 2020                 Respectfully submitted,

4

5                                          JEFFREY BOSSERT CLARK
                                           Acting Assistant Attorney General
6
                                           WILLIAM C. PEACHEY
7                                          Director

8                                          GLENN M. GIRDHARRY
                                           Assistant Director
9

10                                         AARON S. GOLDSMITH
                                           Senior Litigation Counsel
11

12                                         */s/ Joshua S. Press*
                                           JOSHUA S. PRESS
13                                         Trial Attorneys
                                           United States Department of Justice
14                                         Civil Division
                                           Office of Immigration Litigation
15                                         P.O. Box 868, Ben Franklin Station
                                           Washington, DC 20044
16                                         Phone: (202) 305-0106
                                           joshua.press@usdoj.gov
17

18                                         *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL
*Nat'l Ass'n of Mfrs. v. DHS*                    1
Case No. 4:20-cv-4887-JSW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the Northern District of California's Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

By: <u>*/s/ Joshua S. Press*</u>
    JOSHUA S. PRESS
    Trial Attorney
    United States Department of Justice
    Civil Division