JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

JOSHUA S. PRESS
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-0106
    Facsimile: (202) 305-7000
    e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 4:20-cv-4887-JSW <br><br> **CONSENT MOTION REQUESTING A STAY OF PROCEEDINGS PENDING APPEAL** <br><br> Judge: Hon. Jeffrey S. White |

CONSENT MOTION TO STAY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

1    Defendants respectfully move the Court to vacate the scheduling order and stay proceedings in this action while the parties pursue an expedited appeal to the Ninth Circuit of this Court's granting of Plaintiffs' motion for a preliminary injunction remains pending. *See Nat'l Ass'n of Mfrs. v. DHS*, Appeal No. 20-17132 (9th Cir.). In support of this unopposed motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on July 21, 2020, *see* ECF No. 1, and moved for a preliminary injunction ten days later, *see* ECF No. 31.

2. This Court granted Plaintiffs' motion for a preliminary injunction on October 1, 2020. *See* ECF No. 87.

3. The Defendants filed a notice of appeal to that order earlier today. *See* ECF No. 93.

4. The parties are still discussing setting an expedited briefing schedule before the Ninth Circuit, and their counsel have agreed to stay litigation in this Court to avoid inefficiency and delay of both the parties' and this Court's resources.

5. This approach promotes "judicial economy" and should "avoid the confusion and inefficiency that would inevitably result if two courts at the same time handled the same issues in the same case." *United States v. Rodriguez-Rosado*, 909 F.3d 472, 477–78 (1st Cir. 2018) (citing *In re Padilla*, 222 F.3d 1184, 1190 (9th Cir. 2000)); *see also United States v. Rodgers*, 101 F.3d 247, 251 (2d Cir. 1996).

6. This approach applies here because Defendants intend to move to dismiss Plaintiffs' Complaint, but ruling on that intended motion would necessarily require the Court to consider issues—such as the likelihood of success on the merits—that will be litigated as part of the currently pending appeal.

7. Rather than unnecessarily expend the parties' or this Court's resources on a potentially premature motion to dismiss, Defendants request that the Court stay this case until after the Ninth Circuit's mandate issues in the appeal to the Ninth Circuit.

CONSENT MOTION TO STAY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

1

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

8. On October 29, 2020, counsel for Defendants contacted counsel for Plaintiffs to discuss this issue. The parties wish to resolve this matter expeditiously. Plaintiffs' counsel indicates that they do not oppose the instant request, but they express the view that a stay will not impact the Court's ability to take any actions it seems appropriate regarding clarification or enforcement of the preliminary injunction that the Court issued. The parties have already agreed to an expedited briefing schedule before the Ninth Circuit.

9. Defendants therefore submit that this stay request is not for the purpose of undue delay, will not prejudice the Plaintiffs, and that as articulated above, good cause exists for the request.

Accordingly, Defendants request the Court to vacate the scheduling order previously entered and stay this case until after the Ninth Circuit's mandate issues in the appeal of this Court's granting of Plaintiffs' motion for a preliminary injunction.

Dated: November 5, 2020          Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

*/s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorneys
United States Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
joshua.press@usdoj.gov

*Attorneys for Defendants*

CONSENT MOTION TO STAY
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW
2
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the Northern District of California's Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

>By: */s/ Joshua S. Press*
>JOSHUA S. PRESS
>Trial Attorney
>United States Department of Justice
>Civil Division