UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 20-cv-04887-JSW<br><br>**ORDER RE MOTION FOR CLARIFICATION OF INJUNCTION AND ADMINISTRATIVE MOTION TO EXPEDITE HEARING, GRANTING CONSENT MOTION TO STAY, AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 99, 100, 105 |

Now before the Court is Plaintiffs' motion for clarification of this Court's injunction dated October 1, 2020. Defendants' opposition to the motion shall be filed no later than November 11, 2020 at 11:00 a.m. PST. Plaintiffs' reply shall be filed no later than November 13, 2020 at 4:00 p.m. PST. The Court shall set a hearing, if necessary, by further order. The Court urges the parties to continue discussions to resolve the matter short of Court intervention.

The Court GRANTS Defendants' consent motion requesting a stay of proceedings pending appeal, with the exception of the pending motion to clarify the injunction. The Court vacates the scheduling order previously entered and stays this case until after the Ninth Circuit's mandate issues in the appeal of this Court's granting of Plaintiffs' motion for a preliminary injunction.

Further, the Court VACATES the case management conference set for November 6, 2020 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: November 5, 2020

_____
JEFFREY S. WHITE
United States District Judge