JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

JOSHUA S. PRESS
Senior Litigation Counsel
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-0106
    Facsimile: (202) 305-7000
    e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No. 4:20-cv-4887-JSW<br><br>**STATUS REPORT**<br><br>Judge: Hon. Jeffrey S. White |

STATUS REPORT
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

Pursuant to this Court's Order from November 18, 2020 (ECF No. 109), Defendants hereby file this report to inform the Court that the United States Department of State has "suppl[ied] guidance to [its] consulates to implement this Court's order of clarification." *Id.* In addition, Defendants are hereby attaching to this report both "a certification … attesting to the[ir] compliance" in this regard, as well as "a copy of th[at] guidance." *Id.*

Dated: November 20, 2020                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

*/s/ Joshua S. Press*
JOSHUA S. PRESS
Senior Litigation Counsel
United States Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
joshua.press@usdoj.gov

*Attorneys for Defendants*

STATUS REPORT
*Nat'l Ass'n of Mfrs. v. DHS*
Case No. 4:20-cv-4887-JSW

1

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Stn.
Washington, D.C. 20044
(202) 305-0106

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2020, I electronically transmitted the foregoing document, and any attachments thereto, to the Clerk's Office using the U.S. District Court for the Northern District of California's Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

> By: */s/ Joshua S. Press*
> JOSHUA S. PRESS
> Trial Attorney
> United States Department of Justice
> Civil Division