# CERTIFICATION OF SARA CRAIG

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 4:20-cv-4887-JSW |

## DEFENDANTS' CERTIFICATION OF COMPLIANCE

I, Sara Craig, hereby state as follows:

1.     I am the Director of the Office of Field Liaison the Visa Office, Bureau of Consular Affairs, U.S. Department of State.

2.     I certify based on my position and information provided to me in the course of my official duties that the attached non-classified, non-privileged document is guidance provided by the Department of State to its consular sections worldwide implementing this Court's order for clarification on the preliminary injunction entered in the above-captioned matter.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of November, 2020.

Sara Craig
Director, Field Operations
Visa Office, Bureau of Consular Affairs
U.S. Department of State