THEODORE B. OLSON, SBN 38137
  tolson@gibsondunn.com
STUART F. DELERY*
  sdelery@gibsondunn.com
DAVID A. SCHNITZER*
  dschnitzer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539
  *admitted *pro hac vice*

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
JONATHAN N. SOLEIMANI, SBN 295673
  jsoleimani@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for* Amici Curiae *Leading Companies and Business Organizations*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL RETAIL FEDERATION, TECHNET, and INTRAX, INC., <br><br>             Plaintiffs, <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF STATE; CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security; and, MICHAEL R. POMPEO, in his official capacity as Secretary of State, <br><br>             Defendants. | CASE NO. 4:20-cv-04887-JSW <br><br> **NOTICE OF WITHDRAWAL OF STUART F. DELERY AS ATTORNEY OF RECORD** |

**TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 5-1(c)(2), the following attorney has withdrawn as counsel of record for *amici curiae* Leading Companies and Business Organizations[1] in the above-entitled action:

> STUART F. DELERY*
> sdelery@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue, N.W.
> Washington, DC  20036-5306
> Telephone:     202.955.8500
> Facsimile:      202.467.0539
> *admitted *pro hac vice*

Mr. Delery was admitted *pro hac vice* on August 10, 2020.  *See* ECF No. 49.  As of Tuesday, January 5, 2021, Mr. Delery will no longer be a partner at the law firm of Gibson, Dunn & Crutcher LLP, and respectfully requests that his name be removed from all applicable service lists, including Notices of Electronic Filing.  *Amici curiae* Leading Companies and Business Organizations continue to be represented by Ethan D. Dettmer and other attorneys at Gibson, Dunn & Crutcher LLP.

Respectfully submitted,

Dated:  January 4, 2021            GIBSON, DUNN & CRUTCHER LLP

By:      /s/ *Ethan D. Dettmer*
           Ethan D. Dettmer

*Attorneys for* Amici Curiae *Leading Companies and Business Organizations*

---

[1]  A full list of *amici* Leading Companies and Business Organizations is attached as an Appendix.

1

**APPENDIX: LIST OF *AMICI***

1. Adobe Inc.
2. Alliance of Business Immigration Lawyers
3. Amazon.com, Inc.
4. Apple Inc.
5. Atlassian, Inc.
6. Autodesk, Inc.
7. Bates White, LLC
8. Box, Inc.
9. BSA Business Software Alliance, Inc. d/b/a BSA | The Software Alliance
10. Consumer Technology Association
11. Denver Metro Chamber of Commerce
12. Dropbox, Inc.
13. Facebook, Inc.
14. FWD.us Education Fund
15. GitHub, Inc.
16. Hewlett Packard Enterprise Company
17. HP Inc.
18. HR Policy Association
19. Information Technology Industry Council
20. Institute of International Bankers
21. Intel Corp.
22. Internet Association
23. Juniper Networks, Inc.
24. LinkedIn Corporation
25. Metro Atlanta Chamber
26. Microsoft Corporation
27. Netflix, Inc.

28. New Imagitas, Inc.
29. North Texas Commission
30. Partnership for a New American Economy Research Fund
31. PayPal, Inc.
32. Plaid Inc.
33. Postmates Inc.
34. Reddit, Inc.
35. salesforce.com, inc.
36. SAP SE
37. Semiconductor Industry Association (SIA)
38. ServiceNow, Inc.
39. Shutterstock, Inc.
40. Silicon Valley Bank
41. Society for Human Resource Management (SHRM)
42. Splunk Inc.
43. Square, Inc.
44. SurveyMonkey Inc.
45. Twitter, Inc.
46. Uber Technologies, Inc.
47. Upwork Inc.
48. Vail Valley Partnership
49. VMware, Inc.
50. Workday, Inc.
51. Xylem Inc.
52. Zillow Group, Inc.