FILED

APR 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| NATIONAL ASSOCIATION OF MANUFACTURERS; et al., | No. 20-17132 |
|---|---|
| Plaintiffs-Appellees, | D.C. No. 4:20-cv-04887-JSW Northern District of California, Oakland |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; et al., | ORDER |
| Defendants-Appellants. | |

Before: WATFORD, FRIEDLAND, and BENNETT, Circuit Judges.

Appellants' unopposed motion to dismiss this appeal as moot without prejudice (Dkt. 89) is GRANTED. This case is remanded to the district court with instructions to dismiss the case as moot without prejudice. The parties shall bear their own costs on appeal. This order will serve as the mandate of the Court.